UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CRYSTAL ROBINSON,

    Plaintiff,

v.

CITY OF LUBBOCK PARKS & REC.,

    Defendant.

No. 5:24-CV-276-H-BV

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court deny the plaintiff's amended application to proceed in forma pauperis (IFP) (Dkt. No. 8) and deny as moot the plaintiff's original application to proceed IFP (Dkt. No. 3). Dkt. No. 9. No objections to the FCR were filed within 14 days.

However, the Clerk of Court has advised that following entry of the FCR, the plaintiff paid the filing fee. Accordingly, the Court denies as moot the original application to proceed IFP (Dkt. No. 3) and the amended application to proceed IFP (Dkt. No. 8). The Court also rejects as moot the FCR (Dkt. No. 9).

So ordered on January 30, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE